# United States Bankruptcy Court

District Of Arizona

In re: Roman Covona,
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

Debtor

Address: _____

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Employer's Tax Identification No(s). (if any): _____

FILED USBC CLRK PHX
2024 APR 8 PM 3:16

Case No. 2:24-bk-02368-DPC

Chapter 13

**Objection to Chapter 13 Plan**

[Designation of Character of Paper]

Creditor, Stephanie Sparkes, objects to Debtor's Chapter 13. Debtor owes back child support, unreimbursed medical expenses and judgment attorney fees. Debtor's Chapter 13 plan only addresses the $7500 judgment. Creditor will be filing amended proof of claim with all monies due.

Stephanie Sparkes
18250 N. 32nd St. Unit 1078
Phoenix, AZ 85032

Copy sent to:
Thomas Adam McAvity
Phoenix Fresh Start
4131 Main Street
Skokie, IL 60076-2780