Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| ROMAN A CORONA, | Case No. 2-24-bk-02368-DPC |
| | NOTICE OF CONTINUED HEARING AND CERTIFICATE OF MAILING |
| Debtor. | **Hearing Date: November 12, 2024** |
| | **Hearing Time: 1:30 P.M** |

NOTICE IS HEARBY GIVEN that the hearing on the Objection to Trustee Recommendation, previously scheduled for November 12, 2024 at 1:30 P.M., has been continued to:

    DATE:    December 16, 2024

    TIME:    1:30 PM

Interested parties are expected to appear by videoconference via https://www.zoomgov.com. The Meeting ID is 160 528 9889 and the passcode is 479849. Alternatively, interested parties may use the following Zoom hearing link: https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09.

Participants are expected to join the videoconference 5 minutes prior to the scheduled hearing time and ensure that their full name (First and Last Name) is displayed for the record. For additional instructions regarding videoconferencing, please visit https://azb.uscourts.gov/videoconference-hearing-guidelines to review the Videoconference Hearing Guidelines.

Dated: November 5, 2024

                          Respectfully submitted:

                          /s/ Tom McAvity
                          Tom McAvity, 034403
                          Phoenix Fresh Start Bankruptcy
                          4602 E Thomas Rd, Ste S-9
                          Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 5th day of November 2024 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Creditors appearing on
the Master Mailing List


/s/ Tom McAvity